**DEBTOR'S STATEMENT OF INTENTIONS**
Consumer Debts Secured by Property of the Estate
Pursuant to Section 521 of Title 11, United States Code

CASE NAME:  Cook, Daveda Joy Cook

CASE NO:    19-10719

| Item | Creditor | Retain | Surrender | Claimed Exempt | Redeem | Reaffirm |
|---|---|---|---|---|---|---|
| Home | CSI Finanical/ Wolf Trail Run HOA | | XX | | | |

Signed _____
        Petitioner

Signed _____
        Petitioner