Form 112

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 19–10719

IN THE MATTER OF:
Daveda Joy Cook    xxx–xx–4228
aka Joy Cook
4418 Gray Wolf Way
Greensboro, NC 27406

   Debtor(s)

**CLERK'S NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

The above captioned case has been converted from a case under Chapter 13 to a case under Chapter 7.

**Please be advised of the following deadlines:**

The deadline to file a motion seeking a determination that the debtor(s) converted this case in bad faith is **ten (10) days from the date of this notice.** If no such motion is filed by the deadline, the conversion of this case shall be deemed to have been done in good faith without further order of the Court.

The deadline to file a motion seeking a determination that any portion of the funds collected but not disbursed by the Chapter 13 Trustee as of the date of conversion constitutes prepetition wages of the debtor or property acquired by the debtor prepetition is **ten (10) days from the date of this notice.** If no such motion is filed by the deadline, such undisbursed funds shall be deemed to be postpetition wages or property acquired by the debtor postpetition without further order of the Court.

Dated: 8/21/19                                              OFFICE OF THE CLERK